IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Terry, Latina

Printed: 03/17/09

Case Number: 08 B 27095
Judge: Wedoff, Eugene R
Filed: 10/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 29, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,200.00 |  |
| Secured: |  | 300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 820.80 |
| Trustee Fee: |  | 79.20 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,475.00 | 820.80 |
| 2. | Chase Automotive Finance | Secured | 2,043.00 | 300.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 50,000.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 520.00 | 0.00 |
| 5. | Central Portfolio Control Inc | Unsecured |  | No Claim Filed |
| 6. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 7. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 8. | Harris & Harris | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
|  |  |  | $ 55,038.00 | $ 1,120.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 79.20 |
|  | $ 79.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Terry, Latina

Printed: 03/17/09

Case Number:  08 B 27095
Judge:  Wedoff, Eugene R
Filed:  10/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*